NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MICHAEL ROBERTS,**
*Petitioner*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent*

———————————

2017-2024

———————————

Petition for review of a decision of the Bureau of Justice Assistance in PSOB Claim No. 2007-DIS-020.

———————————

**JUDGMENT**

———————————

MICHAEL THOMAS MCGONNIGAL, Columbus Law School, Washington, DC, argued for petitioner.

GEOFFREY MARTIN LONG, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR., TARA K. HOGAN; WILLIAM ATKINSON, JASON P. COOLEY, RAFAEL ALBERTO MADAN, Office of General Counsel, Office of Justice Programs, Unite States Department of Justice, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, MAYER, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

  May 22, 2018         /s/ Peter R. Marksteiner
Date             Peter R. Marksteiner
                        Clerk of Court